# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-898
Lower Tribunal No. 91-5033C

_____

**Anthony Lloyd Cobb,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Victoria Brennan , Judge.

Anthony Lloyd Cobb, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, LAGOA, and EMAS, JJ.

PER CURIAM.

We affirm without discussion the trial court's order prohibiting Anthony Lloyd Cobb from filing further pro se pleadings, motions, or petitions challenging his conviction and sentence in case number 91-5033.

ORDER TO SHOW CAUSE

Further, Anthony Lloyd Cobb has filed numerous postconviction appeals regarding his conviction and sentence in lower tribunal case number 91-5033. Our preliminary review of those prior postconviction proceedings evidences that Anthony Lloyd Cobb has engaged in the filing of appeals on claims that were successive, time-barred, or otherwise wholly without merit. We therefore order Anthony Lloyd Cobb within thirty (30) days from the date of this order, to file a response and to show cause why this Court should not prohibit him from submitting further pro se appeals, petitions, motions or other pleadings regarding case number 91-5033, unless such pleadings are signed by an attorney who is a duly licensed member of The Florida Bar in good standing.